UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYON JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFF LYNCH, et al.,<br><br>　　　　　Defendants. | No. 2:22-cv-00025-DAD-DB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING REMAINING DEFENDANT DUE TO PLAINTIFF'S FAILURE TO EFFECT SERVICE OF PROCESS<br><br>(Doc. No. 31) |

Plaintiff Rayon Jones is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 24, 2024, the assigned magistrate judge issued findings and recommendations recommending that defendant Brooke, the only remaining defendant, be dismissed from this action due to plaintiff's failure to effect timely service of process under Rule 4(m) of the Federal Rules of Civil Procedure. (Doc. No. 31.) The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id*. at 3–4.) No objections to those findings and recommendations have been filed, and the time in which to do so has now passed.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on April 24, 2024 (Doc. No. 31) are adopted in full;
2. Defendant Brooke is dismissed from this action due to plaintiff's failure to effect timely service of process;
3. This action is dismissed without prejudice; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **June 13, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE